Daniel Heneck
Name

P.O. Box 311, El Dorado,
KS. 67042
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| Daniel Allen Heneck Plantiff (Full Name) | CASE NO. 23-3166-JWL (To be supplied by the Clerk) |
|---|---|
| V. Brett Corby, Centurion Defendant(s) Tommy Williams, Thomas Salzano, Micheal May, Heidi White, Corizon, Brian Cole | AMENDED CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

### A. JURISDICTION

1) Daniel Allen Heneck (Plaintiff), is a citizen of Kansas (State)

who presently resides at El Dorado Correctional Facility, P.O. Box 311, El Dorado, KS. 67042
(Mailing address or place of confinement.)

2) Defendant Brett Corby (Name of first defendant) is a citizen of El Dorado, Kansas (City, State), and is employed as EDCF Staff (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

he was an active EDCF corrections officer

XE-2 8/82         CIVIL RIGHTS COMPLAINT §1983         1  ①

3) Defendant **EDCF medical provider Centurion** is a citizen of
*(Name of second defendant)*

**El Dorado, Kansas**, and is employed as
*(City, state)*

**EDCF medical provider**. At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

**Centurion is active EDCF medical provider**

(Use the back of this page to furnish the above information for additional defendants.)

**\* attached additional page \***

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____
_____

B. NATURE OF THE CASE

1) Briefly state the background of your case:

**Count I, excessive force with malicious intent,** Brett Corby entered my segregation cell, a simple procedure to receive bedding while fully restrained behind my back, unresisting, Brett Corby inflicted a malicious and violent attack, upon restraining me fully, Brett Corby then entered my cell using excessive unecessary physical intervention, leading to life-threatening situation, unconscious with a head wound and a large amount of blood loss, broken nose, broken tooth, resulting in a medical emergency, several staples and dental repair.

XE-2 8/82         CIVIL RIGHTS COMPLAINT §1983   attached   2   ②
Nature of the case (B) additional page:

Additional Defendants:

Defendant, Tommy Williams, is a citizen of El Dorado, Kansas, and is employed as EDCF warden. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☑ yes ☐ no. If your answer is "yes", briefly explain: He is an active EDCF corrections warden.

Defendant, Thomas Salzano, is a citizen of Shawnee County, Kansas, and is employed as Shawnee County Corrections officer. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☑ yes ☐ no. If your answer is "yes", briefly explain: He is an active SNCO corrections officer.

Defendant, Micheal May, is a citizen of Shawnee County, Kansas, and is employed as Shawnee County Corrections officer. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☑ yes ☐ no. If your answer is "yes", briefly explain: He is an ~~ativ~~ active SNCO corrections officer.

Defendant, Heidi White, is a citizen of Topeka, Kansas, and is employed as Shawnee County Corrections Corizon medical staff. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☑ yes ☐ no. If your answer is "yes", briefly explain: She is an ative SNCO Corizon staff.

Defendant, Corizon, is a citizen of Topeka, Kansas, and is employed as Shawnee County Corrections medical provider. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☑ yes ☐ no. If your answer is "yes", briefly explain: Corizon is active SNCO medical provider.

\* Additional →

③

FRONT SIDE:

Additional Defendants:
Defendant, Brian Cole is a citizen of Topeka, Kansas, and is employed as Shawnee County Corrections Director. At the time claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☐ yes ☐ no. If your answer is "yes", briefly explain: he is active SNCO Corrections Director.

FRONT SIDE:

Nature of the case:

Centurion medical provider provided inadequate healthcare for a severe head wound inflicted by Brett Corby. Unprofessional hastly staples, with no examinations, follow-ups, no MRI's, to assure my health was no longer at risk, for such a degree of head injury.

Centurion medical provider provided inadequate healthcare with constitutionally deficient medical care for a disabling curvature of my spine.

EDCF allowed inadequate defective weight equipment to risk peoples safety and health, resulting in an injury where partial amputation of my finger was a result.

Thomas Salzano responded to a facility code, in which by the time he responded to the scene, I was unresisting and awaiting the officers, then Thomas Salzano unnecessarily used excessive force, aggressively, physically slamming me onto my face, then also another unnecessary physical intervention slamming me onto my face again, both times with a malicious and violent intent, resulting in severe injury, detached retna, inflammation, scar tissue and surgery. Caused my left eye to go blind.

Micheal May directly participated in assisting Thomas Salzano with unnecessary excessive force, while I was willing and unresisting, participated in the malicious and violent attack, resulting in my eye injury. This injury occurred February 28th, 2021.

Heidi White was a Corizon staff member who unprofessionally diagnosised my detached retna as a pink eye and unsignificant.

Corizon medically neglected my need for urgent eye health care and misdiagnosed me and on several occasions miscommunicated and missed follow-ups and examinations. Also allowed me to leave facility before fully attending to my eye injury and surgical operations, in which I am still awaiting.

⑤

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: excessive force, cruel and unusual punishment, Brett Corby

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

excessive force with malicious intent, Brett Corby entered my cell, a simple procedure to receive bedding while fully restrained behind my back, unresisting, Brett Corby inflicted a malicious and violent attack upon fully restraining, Brett Corby then entered my cell, knocking me unconcious with a head wound, large amount of blood loss, broken nose/tooth, several staples, tooth repair and medical emergency/life-threatening situation.

B) (1) Count II: medical malpractice/neglect, Corizon

(2) Supporting Facts: pretty much all year I have been talking with Corizon about my chorni chronic back pain, with little to no medical assistance, they have taken x-rays so they know the degree of my condition, deserves special attention, but denied me support.

*additional page attached:*

C) (1) Count III: cruel and unusual punishment Tommy Williams

(2) Supporting Facts: Tommy Williams allowed Brett Corby to enter my cell and allowed an action of such to be conducted and allowed me to receive a disciplinary report as appropriate.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑ No ☐. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:
   
   Plaintiffs: Daniel Allen Heneck
   
   Defendants: Thomas Salzano, Micheal May, Heidi White, Corizon, Brian Cole
   
   b) Name of court and docket number: District Court of Shawnee County, Kansas, Division, Case No. 2021-CV-000380
   
   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Currently dismissed 22nd day of August, 2023, filing motion to appeal and reconsideration and reopen.
   
   d) Issues raised excessive force incident Feb. 28th 2021, resulting in eye injury and leaving my left eye blind.

Counts with supporting facts, additional Page *

FRONT SIDE:

Brett Corby,

Count I: excessive force, cruel and unusual punishment.

Supporting facts: Brett Corby ent placed me in full restraints, then entered my cell to provide me with bedding, but for some reason unexpectedly hit me then slammed me on the ground. I received a large amount of blood loss from a head wound, broken nose/tooth. It was a horrific and life-threatening medical emergency.

Count V: Thomas Salzano, excessive force, cruel and unusual punishment

Supporting Facts: I was in a little altercation and the duration of the altercation ended, then Thomas Salzano responded to the cell house and I was standing there willing to be restrained unresisting when Thomas Salzano ran at me grabbed me against the wall very aggressively then violently slammed me on my face and once more slammed me on my face in medical because I was too injured to answer random questions and completely undress. He damaged my eye severly and resulted in detached retna, scar tissue, inflammation, surgery and now blindness in my left eye. Incident occurred Feb. 28th, 2021.

Count VI: Micheal May, excessive force, cruel and unusual punishment.

Supporting Facts: I was in an altercation and the duration of the altercation ended, then assisting Thomas Salzano was Micheal May, he also responded to the cellhouse while I was willing and unresisting when Micheal May and Thomas Salzano violently assisted each other to slam me on my face in the cellhouse and once more in medical because I was too injured to answer questions and undress, cause I was nearly unconcious. He damaged my eye severly and resulted in detached retna, scar tissue, inflammation, surgery and now blindness in my left eye. Incident occurred Feb. 28th, 2021, at approximately 11:00 am to 1:00 pm, in Shawnee County Jail.

(8)    * Additional →

Additional Counts with Supporting Facts, Continued:

Count VII: Heidi White, medical neglect/malpractice.

Supporting Facts: After the excessive force incident with Thomas Salzano and Micheal May, from Feb. 28th 2021 to April 2021, I pleaded for help from medical staff saying my symptons and saying my vision in the injuried eye is completely black, she hastly and unprofessionally diagnosed me with pink eye and resulted in more damage and an even longer wait for a professional examination.

Count VIII: Corizon, medical neglect/malpractice.

Supporting Facts: After the excessive force incident with Thomas Salzano and Micheal May, from Feb. 28th 2021 to April 2021, I pleaded for medical help but was neglected, while staff misdiagnosed me and miscommunicated with Shawnee County staff for surgical operations in which I missed several, allowing my eye condition to worsen by not taking my injury serious. Also allowing me to the facility without a follow-up surgical correction operation, in which I am still awaiting two years later, in which should have already been done.

Count IV: Brian Cole, cruel and unusual punishment.

Supporting Facts: Brian Cole allowed Thomas Salzano and Micheal May as an action of excessive force incident on Feb. 28th 2021 as appropriate and didn't punish either officers, but promoted Thomas Salzano and allowed Thomas Salzano to present to me requested documents, even though I asked for a restraining order and was scared of him, I felt imtimadated. He allowed me to be transferred without fully addressing all my medical needs and correcting my injury, in which all took place at his facility and still have not addressed surgical operation to this day.

e) Approximate date of filing lawsuit June 23rd, 2021

f) Approximate date of disposition August 22nd, 2023

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

relief was sought through habeas corpus, and dismissed.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

five million dollars, pay all medical expenses, restraining order

_____          _____
Signature of Attorney (if any)              Signature of Plaintiff

_____
(Attorney's full address and telephone number)