IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DANIEL ALLEN HENECK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 23-3166-JWL |
| **BRETT CORBY,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## REPORT IN "MARTINEZ v. AARON" INVESTIGATION
## CIVIL RIGHTS COMPLAINT

COMES NOW, counsel undersigned for the Kansas Department of Corrections (KDOC) and in accordance with the Court's September 29, 2023 Memorandum and Order and submits the following *Martinez* report to assist the Court in further screening the merits of Daniel Allen Heneck's (Heneck) claims. This report is based upon affidavit testimony and official internal facility documentation available at the time of preparation. KDOC reserved the right to seek leave to supplement this report in the unlikely event additional evidence is discovered or becomes available.

Plaintiff Heneck filed a *pro se* civil rights action pursuant to 42 U.S.C. §1983 in the United States District Court for the District of Kansas. (Doc. 1). Plaintiff began his most recent KDOC commitment on July 14, 2022 and has been housed at the El Dorado Correctional Facility (EDCF) since that date. On August 8, 2023, the Court entered a Memorandum and Order to Show Cause, granting Plaintiff an opportunity to show good cause why this action should not be dismissed due to deficiencies in Plaintiff's Complaint or to file an amended complaint to cure the deficiencies. (Doc. 6) Plaintiff filed an Amended Complaint on September 5, 2023. (Doc. 7) On

September 29, 2023, the Court issued an order directing the preparation of a *Martinez* report. (Doc. 13). The Court ordered the report focus on Plaintiff's request for injunctive relief and why such relief is either unavailable or not required by the Eight Amendment.

## SUMMARY OF ALLEGATIONS IN PLAINTIFF'S COMPLAINT

In his Amended Complaint Plaintiff alleges that he was subjected to cruel and unusual punishment related to a December 12, 2022 use of force encounter with Defendant, then KDOC corrections officer, Brett Corby (Corby). Plaintiff describes being slammed to the ground, being knocked unconscious, suffering a head wound, broken nose, a broken tooth, and losing a large amount of blood. Plaintiff seeks the following the relief: "five million dollars, pay all medical expenses, restraining order". (Doc.7, at 10)

## INVESTIGATION

Plaintiff's current incarceration at EDCF began on July 14, 2022, after an August 22, 2022 Robbery conviction in Shawnee County case number 18CR2215. Plaintiff continues to be housed at EDCF today. (Exhibit 1-KASPER information)

### *USE OF FORCE*

In his Use of Force Report Defendant Corby lists the reason for the use of force as:

"After restraining offender Heneck in order to place a mattress in his cell, offender Heneck began to turn toward me and aggressively and forcefully attempt to push his way out of his cell despite multiple orders not to do so. Therefore, force was used to maintain control of the offender." (Exhibit 2-Corby Use of Force Report)

Corby's description of the application of force is:

"While maintaining control of the restraints with my left hand, I began pushing Offender Heneck with my right hand in an open palm fashion, applying increasing pressure on the offender's upper left arm in order to keep the offender in his cell due to the increasing force that the offender was using to attempt to push past me. Several commands were given to stop but were ignored. I then moved my right hand from the offender's left upper arm to his right shoulder grabbing his shoulder and began to pull the offender's right shoulder towards me as to turn the offender away from me and face him back into his cell. At this point, offender Heneck lost his balance and fell in a clockwise fashion hitting his head on the right

side of the cell sink. Once the offender was on the floor, I maintained control of the restraints and offender's arms and took control of the offender's legs by crossing and folding them in the approved control technique. I then moved the offender further into the cell and away from the toilet and sink for better entry and better assessment by medical." *Id.*

Witnesses to uses of force are required to submit narrative reports. CSI Katherine Firman (Firman), CSI Kurtis Grimmett (Grimmett), CSI Crystal Babcock (Babcock) and COI Ethan Woodring (Woodring) completed narrative reports. Firman completed an Incident Report and states:

"I, CSI Firman was working in C-1 cell house when Resident Heneck from cell C-156 was observed charging COI Corby. After that COI Corbey (*sic*) placed Resident Heneck on the ground. Via the radio I announced 'Officer needs assistance C-1 cell house C1-156'. Soon afterwards medical arrived and assessed the Resident. Heneck was escorted to the medical room and then left CCH being escorted to the infirmary. EOR." (Exhibit 3)

Woodring states:

"I, COI Woodring walked into C1 at 1438 to take pictures of Resident Heneck#112732. When I walked to cell 156, Heneck was restrained, the door was then opened. Heneck then attempted to leave the cell and fight staff, so he was then put to the ground. I called Incident Command and then cleared the signal at 1440. I escorted Heneck to the trauma room in the Clinic." (Exhibit 4)

Babcock states:

"On 12/12/22 at 1438, an officer needs assistance was called in C1-156 for resident fighting staff. I, CSI Babcock responded from D1. When I arrived Heneck, #1122732 was being held by response face down on the floor in hand cuffs and leg irons. He was then assisted to a wheel chair and was taken to the C1 medical room. CHS Well cleaned his wombs (*sic*) and I assisted as she applied a bandage to his head. Afterwards, COI Woodring, CHS Wells and I escorted Heneck to the clinic trauma room. I helped Heneck up on the gurney in the trauma room. He was moved to infirmary cell 126 at 1532 for further medical observation." (Exhibit 5)

Grimmett states:

"On Monday, December 12, 2022, I (CSI K. Grimmett) responded to an Officer Needs Assistance in C1 cell 156 at approximately 1439 hours. Upon arriving, I assisted Offender Heneck to his feet and to the sick call room for medical assessment. Medical Staff evaluated Offender Heneck and had him taken to the clinic for further assessment. E.O.R." (Exhibit 6)

## *PHOTOS AND VIDEO*

Photos were taken December 12, 2023 of Corby and Heneck. (Exhibit 7a) Additional photos were taken on December 13, 2023 of Heneck's cell (Exhibit 7b) and Heneck while in the infirmary (Exhibit 7c).

Video of the cell entry captures Corby's entry into cell C-1 156 and the use of force. (Exhibit 8)

## *INJURIES AND MEDICAL TREATMENT*

Immediate medical care was provided to Heneck. Initial reports describe his condition as "blood present, assessed in NSC room, deemed medically necessary to transport to trauma room via wheelchair for further medical treatment given by NP Knipp, will admit to infirmary for observation." (Exhibit 9)

On December 12, 2022, Heneck was treated for a 4-centimeter laceration on the side of his head. Five staples were used to close the laceration. Also noted was a bump on the back of his head. (Exhibit 10, at 12) Heneck was observed for possible signs of concussion (*Id*. at 18) and then "medically dismissed" on December 13, 2022 after being observed overnight. (*Id*. at 28) The staples were later removed on December 27, 2022. *(Id*. at 38)

A review of Heneck's medical records does not show evidence of a broken nose or nose injury related to the December 12, 2022, use of force. Dental records are also unclear as to Heneck's claim of a broken tooth related to the December 12, 2022, use of force. His bi-annual dental checkup records, on February 21, 2023, note a "small chip" on incisal #9 but further indicate Heneck expressed no interest in getting it filled at the appointment. *(Id.* at 44) Heneck receives regular and ongoing medical and dental care.

### *INTERNAL MANAGEMENT POLICY AND PROCEDURE*

KDOC enacts Internal Management Policy and Procedure (IMPP) that are intended to establish directives and guidelines for staff, residents, and offenders and those entities that are contractually bound to adhere to them. IMPP 12-111A governs use of force. (Exhibit 11)

### *ENFORCEMENT, APPREHENSION, AND INVESTIGATION*

KDOC's Office of Enforcement, Apprehension, and Investigation (EAI) is responsible for the apprehension of fugitives, internal and criminal investigations, data gathering and dissemination, assisting federal, state and local law enforcement agencies, and also acts as a liaison and resource for all intelligence data for outside agencies.   Special Agent Christopher Sholders (Sholders) led the EAI investigation surrounding the Corby use of force occurring on December 12, 2022.  At the conclusion of his investigation Sholders determined probable cause existed to believe Corby committed the crime of Aggravated Battery in violation of K.S.A. 21-5413.  The case was presented to the Butler County Attorney's Office for potential charging on October 16, 2023.   On December 21, 2023 Assistant County Attorney Brett Sweney advised the case is currently under review.  (Exhibit 12-Agent Sholders Declaration)

KDOC terminated Corby's employment effective January 7, 2023. (Exhibit 13-Beyer Declaration)

Respectfully submitted,

*/s/ Laine C. Barnard*
Laine C. Barnard, KS No. 19467
Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Email: Laine.Barnard@ks.gov

**EXHIBIT LIST**

1. KASPER Profile for Daniel Heneck

2. Brett Corby Use of Force Report (provisionally filed under seal)

3. Katherine Firman Incident Report 12/12/23

4. Ethan Woodring Narrative 12/12/22

5. Crystal Babcock Narrative 12/12/22

6. Kurtis Grimmett Narrative 12/12/22

7. Use of Force photos

    7a-12/12/23 Corby and Heneck photos

    7b-12/13/23 Heneck cell photos

    7c-12/13/23 Heneck infirmary photos

8. Use of Force video (provisionally filed under seal and conventionally)

9. Centurion emails

10. Relevant medical records of Daniel Heneck (provisionally filed under seal)

11. IMPP 12-111A, *Use of Force* (provisionally filed under seal)

12. Declaration of Special Agent Christopher Sholders, EAI

13. Declaration of Matthew Beyers, Human Resources Director

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing REPORT IN "MARTINEZ v. AARON" INVESTIGATION (excluding Exhibit 8 which will be made available for viewing by his Unit Team and Exhibit 11 pending ruling of the Court) and was placed in inter-facility mail this 29th day of December 2023, to:

Daniel A. Heneck, #112732
El Dorado Correctional Facility
El Dorado, KS 67042
Plaintiff *pro se*

                                 */s/ Laine C. Barnard*
                                   Laine C. Barnard