## Names

| Name Type | Name |
|---|---|
| Conviction | HENECK, DANIEL A |
| True | HENECK, DANIEL ALLEN |

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Oct 29, 1989 | 33 |



(/kasper/search/image?kdocNumber=0112732&imageNumber=1)

**HENECK, DANIEL A**

**Approx Picture Date**
2022-07-14

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Blue | Black | 5'-8" | 149 | Male | White |

## Current Status reported by Dept. of Corrections

**Work or Program Participation** Working in a job

**Earliest Possible Release Date (1)** Aug 27, 2025

**Current Status** Incarcerated

**Admission Date** Jul 14, 2022

**Current Location (2)** El Dorado CF-Central (http://www.doc.ks.gov/facilities/edcf)
**Custody Level** HMD High Medium

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

**EXHIBIT 1**

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Douglas | 15CR348 | Apr 09, 2015 | Jan 26, 2016 | N/A | Aggravated Assault | 1 | Non Drug-Grid Severity Level 7 | Inactive | KS |
| Shawnee | 18CR2215 | Aug 17, 2018 | Apr 22, 2022 | N/A | Robbery | 1 | Non Drug-Grid Severity Level 5 | Active | KS |

(I) If Number includes JV : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Aug 24, 2022 | Inter-Facility Movement |
| El Dorado CF-RDU | Jul 14, 2022 | New Court Commitment |
| Shawnee County | Jan 28, 2018 | DOC War. Wthdrwn Supervsn I/S |
| Shawnee County | Jan 28, 2018 | Intra-parole/CR |
| Unknown or N/A | Jan 28, 2018 | Expiration Of Sentence |
| Shawnee County | Sep 13, 2017 | DOC Warrant Issued |
| Unknown or N/A | Aug 30, 2017 | Absconded |
| Douglas County | Jan 27, 2017 | In-State Post Release |
| Larned Correctional Mental Health Facility | Nov 03, 2016 | Inter-Facility Movement |
| El Dorado CF-Central | Feb 29, 2016 | Inter-Facility Movement |
| El Dorado CF-RDU | Feb 09, 2016 | New Court Commitment |

# Completed Programs

| Name | Completion Date |
|------|-----------------|
| SAP  | Sep 08, 2016    |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Feb 04, 2023 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Feb 02, 2023 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jan 19, 2023 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jan 18, 2023 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jan 18, 2023 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Dec 09, 2022 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Dec 09, 2022 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Dec 05, 2022 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Dec 05, 2022 | 2 | El Dorado Correctional Fac. - Central | Work Performance |
| Dec 05, 2022 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Dec 16, 2016 | 1 | Larned Correctional Mental Health Fac. | Avoiding an Officer |
| Dec 16, 2016 | 1 | Larned Correctional Mental Health Fac. | Tobacco Contraband Possession |
| Dec 16, 2016 | 3 | Larned Correctional Mental Health Fac. | Rest Area/Unauth Presence |