Attachment A, IMPP 01-113
Effective 04-08-13

## Kansas Department of Corrections
## INCIDENT REPORT

DATE: 12/12/2022

**FACILITY OR PAROLE REGION:** EDCF

**UNIT (If Applicable)** Central

**Time Report Submitted:** 1707

**REPORT #:** IR _ _ _ _ _ _

**WHAT HAPPENED:** I walked by cell # 156 I then seen resident Heneck # 112732 rush COI Corby.

**WHEN:** 1707 AM  **DATE:** 12/12/2022
**WHERE:** C1 158

**WHO WAS INVOLVED:** (Provide name(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees, Volunteers, Private Citizens, Parolees, or Inmates by specifying E, V, C, P, or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.) The R/O, including any narrative report writer, must include their State-issued ID number. A reasonable attempt should be made to include race, sex, and date of birth for subjects who do not have some form of state-issued ID number.

| FULL NAME | INMATE/ STATE ID NUMBER | V,P,W | E-I | FULL NAME | INMATE/ STATE ID NUMBER | V,P,W | E-I |
|---|---|---|---|---|---|---|---|
| CSI Firman | K0000238333 | | E | | | | |
| COI Corby | K0000223518 | | E | | | | |

**HOW DID IT HAPPEN:** (Method of Operation-M.O.)
I CSI Firman was working in C-1 cell house when Resident Heneck from cell C-156 was observed charging COI Corby. After that COI Corbey placed Resident Heneck on the ground. Via the radio I announced "Officer needs assistance C-1 cell house C1-156". Soon afterwards medical arrived and assessed the Resident. He was escorted to the medical room and then left CCH being escorted to the infirmary. EOR.

**WHY DID IT HAPPEN:** Unknown at this time
Description Of Weapon Or Evidence Found: NA
Was Search Of Area Made? Yes X No, by Whom: NA
Were Still Photographs Taken? Yes No, by Whom: N/A
Was a Videotape Made? _____ Yes X No, by Whom: _____
Evidence and/or Photographs/Videotape Turned Over To: NA
Was A Follow-Up Investigation Initiated? _____ Yes  X No

**COMMENTS:** (Attach additional pages as necessary.) I CSI Firman informed medical staff of his hunger strike and they stated they will assess him at an appropriate time.

**RELATED REPORTS COMPLETED:** (Check all that apply and attach a copy.)
Disciplinary: _____ Yes X No         Use of Force: _____ Yes X No
Wanted For Escape: _____ Yes X No    Admin Seg/P.C.: _____ Yes X No
Other Admin Seg: _____ Yes X No      Placement in County Jail: _____ Yes X No
Other Narratives: Yes ___ X ___ No

**NAME OF OFFICER FILING REPORT:**
Signature: [signature]
State ID Number: K0000238333
Printed Full Name: Katherine Firman
Date: 12/12/2022

**NAME OF REVIEWING SUPERVISOR:**
Signature of Supervisor: [signature]
State ID Number: K0000202034
Printed Full Name: Lt Alan R Taylor
Date: 12/12/2022

Form #01-113-001

EXHIBIT 3