# EL DORADO CORRECTIONAL FACILITY
# NARRATIVE REPORT

**TO:** Captain's Office      **DAY/DATE:** Monday/12/12/2022 (Day/MM/DD/YY)

**SUBJECT:** Heneck Narrative in C1 cell house      **FROM:** Woodring, Ethan, L (Print:Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Woodring, Ethan L. | K0000249803 | N/A | N/A | Heneck, Daniel A | 112732 | C1 | 156 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☒ Information - No response request

☐ Information - Response requested

☐ Supplement to Disciplinary Report DR# ____ - ____

☐ Supplement to Incident Report IR# ____ - ____ - ____

☐ Supplement to Use of Force Report UOF# ____ - ____

**Facts:**
I CO1 Woodring walked into C1 at 1438 to take pictures of Resident Heneck # 112732. When I walked to cell 156, Heneck was restrained, the door was then opened. Heneck then attempted to leave the cell and fight staff, so he was then put to the ground. I called Incident Command and then cleared the signal at 1440. I escorted Heneck to the trauma room in the Clinic.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐ Warden  ☐ DWO Suite  ☐ DWP  ☐ DWSS  ☐ Class. Admin.  ☐ I&I  ☐ Food Serv.  ☐ Maint.  ☐ Other: ____

UTM  ☐ A  ☐ B  ☐ C  ☐ D  ☐ E  ☐ U-Dorm  ☐ East A  ☐ East F  ☐ North Unit  ☐ East Unit

_Signature_

Ethan Woodring #K0000249803
Print Full Name & KDOC#

Supervisory Action Taken:

_Supervisor's Signature_
EL DORADO CORRECTIONAL FACILITY

**EXHIBIT 4**

Revised: 12/12/22