# EL DORADO CORRECTIONAL FACILITY
# NARRATIVE REPORT

**TO:** Captains Office      **DAY/DATE:** Monday/12/12/2022
(Day/MM/DD/YY)

**SUBJECT:** Medical emergency C1-156      **FROM:** Babcock, Crystal, A. #72
(Print: Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Babcock, Crystal A. | K0000230992 | W | E | Heneck, Daniel | 112732 | CCH | 156 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☐ Information - No response request      ☒ Supplement to Incident Report IR# ____ - ____ - ____

☐ Information - Response requested      ☐ Supplement to Use of Force Report UOF# ____ - ____

☐ Supplement to Disciplinary Report DR# ____ - ____

**Facts:**
On 12/12/2022 at 1438, an officer needs assistance was called in C1-156 for resident fighting staff. I, CSI Babcock responded from D1. When I arrived Heneck, #112732 was being held by response face down on the floor in hand cuffs and leg irons. He was then assisted to a wheel chair and was taken to the C1 medical room. CHS Wells cleaned his wombs and I assisted as she applied a bandage to his head. Afterwards, COI Woodring, CHS Wells and I escorted Heneck to the clinic trauma room. I helped Heneck up on the gurney in the trauma room. He was moved to infirmary cell 126 at 1532 for further medical observation.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐ Warden ☐ DWO Suite ☐ DWP ☐ DWSS ☐ Class. Admin. ☐ I&I ☐ Food Serv. ☐ Maint. ☐ Other: ____

UTM ☐ A ☐ B ☐ C ☐ D ☐ E ☐ U-Dorm ☐ East A ☐ East F ☐ North Unit ☐ East Unit

_[Signature]_
Signature

Crystal A. Babcock K0000230992
Print Full Name & KDOC#

**Supervisory Action Taken:**

_[Signature]_
Supervisor's Signature

**EXHIBIT 5**

Revised: 12/12/22