# EL DORADO CORRECTIONAL FACILITY
# NARRATIVE REPORT

**TO:** Captain's Office  **DAY/DATE:** Sunday, 12/12/2022
(Day/MM/DD/YY)

**SUBJECT:** Officer Needs Assistance C1-156  **FROM:** Grimmett, Kurtis
(Print: Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Grimmett, Kurtis | K0000199548 | N/A | N/A | Heneck, Daniel | 112732 | C1 | 156 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☐ Information - No response request
☒ Supplement to Incident Report IR# ___ - ___ - ___
☐ Information - Response requested
☐ Supplement to Use of Force Report UOF# ___ - ___
☐ Supplement to Disciplinary Report DR# ___ - ___

**Facts:** On Monday, December 12th, 2022, I (CSI K. Grimmett) responded to an Officer Needs Assistance in C1 cell 156 at approximately 1439 hours. Upon arriving, I assisted Offender Heneck to his feet and to the sick call room for medical assessment. Medical Staff evaluated Offender Heneck and had him taken to the clinic for further assessment. E.O.R.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐ Warden  ☐ DWO Suite  ☐ DWP  ☐ DWSS  ☐ Class. Admin.  ☐ I&I  ☐ Food Serv.  ☐ Maint.  ☐ Other: ___
UTM  ☐ A  ☐ B  ☐ C  ☐ D  ☐ E  ☐ U-Dorm  ☐ East A  ☐ East F  ☐ North Unit  ☐ East Unit

_____
Signature

Grimmett, Kurtis K0000199548
Print Full Name & KDOC#

**Supervisory Action Taken:**

_____
Supervisor's Signature

Revised: 12/12/22

**EXHIBIT 6**