

EXHIBIT 7a

PHOTO ID LABEL                    P-1030

CASE #              PICTURE #          OF

INMATE NAME(S) AND NUMBER(S)
Corby

DESCRIPTION OF PHOTO
UOF

PLACE PHOTO TAKEN
CT Dayroom
DATE AND TIME OF PHOTO
12/12/02
PHOTO TAKEN BY
Woodring



PHOTO ID LABEL                    P-1030

CASE #                PICTURE #      1  of 5

INMATE NAME(S) AND NUMBER(S)
Heneck 112-732

DESCRIPTION OF PHOTO
UOF

PLACE PHOTO TAKEN
Inf/Trauma Room

DATE AND TIME OF PHOTO
12/12/22   1455

PHOTO TAKEN BY
Cpt Moore



PHOTO ID LABEL                              P-1030

CASE #                    PICTURE #          1  OF ~~25~~

INMATE NAME(S) AND NUMBER(S)
Heneck   112732

DESCRIPTION OF PHOTO
UOF

PLACE PHOTO TAKEN
Inf / Trainer Room
DATE AND TIME OF PHOTO
12/12/22   1455
PHOTO TAKEN BY
Cpt Moore



12/13/2022 16:13:23

EXHIBIT 7b

PHOTO ID LABEL

PF THREE

1   OF   3   P-1030

TAKEN

INDIVIDUAL(S) AND NUMBER(S)
Heneck 11,27.32

DESCRIPTION OF PHOTO
Blood on floor   C1-156

DESCRIPTION OF PHOTO
C-156

DATE AND TIME OF PHOTO
12/13/2022   1015

PHOTO TAKEN BY
COI Luna



PHOTO LABEL   PICTURE 3 of 3   P-1030

CASE #

NAME (DEFENDANT OR PLACE IF NO DEFENDANT ENTERPRISE)   Hencell # 112732

DESCRIPTION IF PHOTO   blood on floor C1-156

PHOTO TAKEN

DATE AND TIME OF PHOTO   12/13/2022   1612   C1-156

PHOTO TAKEN BY   Col Lener



PHOTO IMPS LABEL

PAGE            PHOTOGRAPH        2 OF 3        P-1039

NAME (LAST, FIRST, MIDDLE INITIAL(S))

Herrick # 112332

DESCRIPTION OF PHOTO

Blood on floor - C1-156

DESCRIPTION OF PHOTO

C1-156

DATE PHOTO TAKEN        TIME PHOTO TAKEN

12/13/2022        1612

COL Luna

# EL DORADO CORRECTIONAL FACILITY
# NARRATIVE REPORT

**Captain's Office**

**DAY/DATE:** **Tuesday/12/13/22**
(Day/MM/DD/YY)

**SUBJECT:** Heneck U.O.F. Photo

**FROM:** **Tobin Jr, John B. #17**
(Print:Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(s) and specify  V, P, or W.  Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I.  BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Tobin Jr, John B. | K0000234299 | | | Heneck, Daniel A. | 112732 | INF | 126 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☐ Information - <u>No response request</u>

☐ Information - <u>Response requested</u>

☐ Supplement to Disciplinary Report DR#        -        -

☐ Supplement to Incident Report IR# _____ - _____ - _____

☐ Supplement to Use of Force Report UOF# _____ - _____

On Tuesday, December 13, 2022, at approximately 0108 hrs, I (COI Tobin) entered Infirmary for a post Use of Force picture.  I went to take a photograph of Offender Heneck, 112732, who currently resides in Infirmary 126.  I knocked on the door of INF-126 several times but Offender Heneck did not respond.  I proceeded to take the photograph of Offender Heneck while his head was covered.

(Attach additional pages as needed)

Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐Warden ☐DWO Suite ☐DWP ☐DWSS ☐Class. Admin. ☐I&I ☐Food Serv. ☐ Maint. ☐Other: _____

UTM ☐ A ☐ B ☐ C ☐ D ☐ E ☐ U-Dorm ☐ East A ☐ East F ☐ North Unit ☐ East Unit

_Signature_

**John B. Tobin Jr K0000234299**
Print Full Name & KDOC#

**Supervisory Action Taken:**

**Supervisor's Signature**

EXHIBIT 7c

Revised: 12/13/22



PHOTO ID LABEL

CASE #

DATE TAKEN

Hendrick  11.23.2

DESCRIPTION

C.O.F.

INF-126

12/13   DILA

COL Tobin



PHOTO ID LABEL

P-1039

CASE #

PICTURE # 3 of 5

INMATE NAME(S) AND NUMBER(S)

Reneck #112752

DESCRIPTION OF PHOTO

Front

PLACE PHOTO TAKEN

A2-157

DATE AND TIME OF PHOTO

12/3/2022  1431

PHOTO TAKEN BY

C01 Luna



Col Tesig

12/14

0211

AA 157

V.C.E.

Heneck 11733



12/14/2022 14:52:24

PHOTO ID LABEL

CASE #

PICTURE #  5  OF  5  P.1020

INMATE NAME(S) AND NUMBER(S)

Heneck

112.732

DESCRIPTION OF PHOTO

UOF

PHOTO TAKEN

A2-157

DATE OF PHOTO

12/14/22  1432

col Echberts

# EDCF - CENTRAL
# Use of Force Pictures

| | Date | Time Taken | Officer's Name |
|---|---|---|---|
| 1) | 12/12/22 | 1455 | Cpt Moore |
| 2) | 12/13 | 0112 | COI Tobin |
| 3) | 12/13/22 | 1431 | COI Luna |
| 4) | 12/14 | 0211 | COI Tobin |
| 5) | 12/14 | 1452 | COI Ebberts |

Resident's Name: Heneck

Resident's Number: 112732

Cellhouse: Inf

Cell Number: 126