# Alan Taylor [KDOC]

| | |
|---|---|
| **From:** | Dragoo, Cindy <cdragoo@TeamCenturion.com> |
| **Sent:** | Monday, December 12, 2022 3:27 PM |
| **To:** | DL KS EDCF Nurses; DL KS EDCF BH; KDOC_EDCF_Captains_DL; KDOC_EDCF_Lieutenants_DL; KDOC_EDCF_Narrative_Submission_DL |
| **Subject:** | #112732 Heneck C1-156 |

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

ER/SM/Fighting with staff:
Security called signal medical for him fighting with staff, blood present, assessed in NSC room, deemed medically necessary to transport to trauma room via wheelchair for further medical treatment given by NP Knipp, will admit to infirmary for observation.

**C. Dragoo, LPN**



centurion.
Healthcare beyond patient care,
healthcare for humanity.

1737 SE Hwy 54
El Dorado, KS 67042
Direct: 316-321-7284 Ext. 22069
Fax: +1 316-330-6671
cdragoo@teamcenturion.com | CenturionManagedCare.com

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

EXHIBIT 9

**Colt M. Wood [KDOC]**

| | |
|---|---|
| From: | Dragoo, Cindy <cdragoo@TeamCenturion.com> |
| Sent: | Monday, December 12, 2022 6:58 PM |
| To: | DL KS EDCF Nurses; DL KS EDCF BH; KDOC_EDCF_Captains_DL; KDOC_EDCF_Lieutenants_DL; KDOC_EDCF_Narrative_Submission_DL |
| Subject: | RE: #112732 Heneck C1-156 |

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

PUOF:
Assessed for post use of force, deemed medically necessary to admit to infirmary for observation.
Thanks

C. Dragoo, LPN



centurion.
Healthcare beyond patient care,
healthcare for humanity.

1737 SE Hwy 54
El Dorado, KS 67042
Direct: 316-321-7284 Ext. 22069
Fax: +1 316-330-6671
cdragoo@teamcenturion.com | CenturionManagedCare.com


**From:** Dragoo, Cindy
**Sent:** Monday, December 12, 2022 3:27 PM
**To:** DL KS EDCF Nurses <DLKSEDCFNurses@TeamCenturion.com>; DL KS EDCF BH <DLKSEDCFBH@TeamCenturion.com>; KDOC_EDCF_Captains_DL <KDOC_EDCF_Captains@ks.gov>; KDOC_EDCF_Lieutenants_DL <KDOC_EDCF_Lieutenants@ks.gov>; KDOC_EDCF_Narrative_Submission@ks.gov
**Subject:** #112732 Heneck C1-156

ER/SM/Fighting with staff:
Security called signal medical for him fighting with staff, blood present, assessed in NSC room, deemed medically necessary to transport to trauma room via wheelchair for further medical treatment given by NP Knipp, will admit to infirmary for observation.

C. Dragoo, LPN



centurion.
Healthcare beyond patient care,
healthcare for humanity.

1737 SE Hwy 54

1

El Dorado, KS 67042
Direct: 316-321-7284 Ext. 22069
Fax: +1 316-330-6671
cdragoo@teamcenturion.com | CenturionManagedCare.com

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.