**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF KANSAS**

DANIEL ALLEN HENECK,
Plaintiff,

v. Case No. 23-3166-JWL

BRETT CORBY, *et al.*,
Defendants.

**DECLARATION OF CHRISTOPHER A. SHOLDERS**

I, Christopher A. Sholders, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me during the course of my employment states as follows:

1. I am currently employed as an Enforcement, Apprehensions, and Investigations (EAI) Intelligence Special Agent for the Kansas Department of Corrections (KDOC) located at the El Dorado Correctional Facility (EDCF).
2. I started my career with the Kansas Department of Corrections on July 11, 2011, as a COI for the Hutchinson Correctional Facility. I resigned as a COII on August 2, 2013. On December 9, 2013, I was rehired as a COI for the Topeka Correctional Facility. I resigned as a COII on June 29, 2014. I was rehired on July 20, 2015, as a COI for the Hutchinson Correctional Facility. While there I promoted to a COII and held a position as an Electronic Technician. I promoted to EAI Investigator on October 31, 2021, and transferred to the El Dorado Correctional Facility. I have been in my current position since March 5, 2023.
3. As part of my position responsibilities, I may conduct sensitive and complex criminal and administrative investigations.

EXHIBIT 12

4. I was the lead EAI Investigator regarding the use of force incident that occurred on December 12, 2022 between resident, Daniel Allen Heneck, and COI Brett Corby.
5. After obtaining the relevant case information and conducting interviews, I came to the conclusion that probable cause existed to believe that COI Brett Corby committed the crime of Aggravated Battery in violation of K.S.A. 21-5413 against resident, Daniel Allen Heneck.
6. On October 16, 2023, I submitted a request for prosecution against Brett Corby to the Butler County Attorney's Office in El Dorado, Kansas.
7. On December 21, 2023, Assistant County Attorney Brett Sweeney advised the case is currently under review.
8. The matters stated in this Declaration are based upon my personal knowledge and review of the case file.

Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 27th day of December, 2023.

Christopher A. Sholders

Christopher A. Sholders
EAI Intelligence Special Agent
El Dorado Correctional Facility