**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF KANSAS**

DANIEL ALLEN HENECK )
Plaintiff, )
v. ) Case No. 23-3166-JWL
)
BRETT CORBY, *et al*., )
Defendants. )

**DECLARATION OF MATTHEW M. BEYER**

I, Matthew M. Beyer, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me during the course of my employment states as follows:

1. I am currently the Human Resource Manager at the El Dorado Correctional Facility (EDCF) for the Kansas Department of Corrections (KDOC).
2. I have been employed with the KDOC at EDCF since March 24, 2008, and have been in the above capacity since September 4, 2022.
3. As the Human Resource Manager, it is, in part, my responsibility to maintain personnel records of past and present EDCF employees.
4. After reviewing Brett Corby's personnel record, Mr. Corby was hired on September 12, 2022 as a Corrections Officer I and terminated during his probationary period on January 7, 2023.
5. The matters stated in this Declaration are based upon my personal knowledge and review of the employment records of Brett Corby, as maintained by EDCF.

EXHIBIT 13

Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 27th day of December, 2023.

Matthew M. Beyer
Human Resource Manager
El Dorado Correctional Facility