## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DANIEL ALLEN HENECK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 23-3166-JWL |
| | ) |
| **BRETT CORBY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION TO FILE UNDER SEAL EXHIBITS IN THE INVESTIGATIVE REPORT PREPARED PURSUANT TO "MARTINEZ V. AARON"

Comes now, Laine C. Barnard, Legal Counsel of the Kansas Department of Corrections, and respectfully moves the Court pursuant to Rule 5.4.2 for permission to file certain exhibits under seal to be considered as a part of the *Martinez* Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1. Pursuant to Local Rule 5.4.2 counsel must file a motion for leave to file documents under seal and conventionally in the Electronic Filing System.

2. The documents sought to be filed under seal are Exhibit 2, Exhibit 9, and Exhibit 10.

3. Exhibit 2 is the December 12, 2022, Kansas Department of Corrections (KDOC) Use of Force Report regarding Plaintiff's claim. The form is attachment A of Internal Management Policy and Procedure (IMPP) 12-111A. KDOC has designated the IMPP and the report form as "Staff

        Read Only", deeming the release of a Use of Force Report to be detrimental to the safety and security of its operations. Furthermore, the contents of the report are the subject of potential criminal charges by the Butler County, Kansas County Attorney.

4. Counsel seeks to file Exhibit 9 under seal.

5. Exhibit 9 contains Plaintiff's relevant medical records. The records include personal health information as well as his date of birth.

6. Counsel seeks to file Exhibit 10 under seal.

7. Exhibit 10 is KDOC's IMPP 12-111A, *Use of Force*. KDOC has designated IMPP 12-111A as "Staff Read Only". For security reasons Plaintiff cannot view or possess this policy.

Pursuant to Rule 5.4.6 Counsel respectfully requests the Court's permission to file Exhibits 2, 9 and 10 under seal. Counsel further requests the Court enter an Order prohibiting Plaintiff from viewing or possessing Exhibit 10, IMPP 12-111A.

        Respectfully submitted,

        *s/ Laine C. Barnard*
        Laine C, Barnard,
        KS#19467
        Legal Counsel
        Kansas Department of
        Corrections 714 SW Jackson
        St, Suite 300
        Topeka, KS 66603
        Tel: (785) 506-7615
        Email: Laine.Barnard@ks.gov
        Attorney for Interested Party

## CERTIFICATE OF SERVICE

   I hereby certify that on January 3, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify I placed a true and correct copy of the foregoing MOTION was placed in inter-facility mail to non-CM/ECF participant:

Daniel A. Heneck, #112732
El Dorado Correctional
Facility El Dorado, KS 67042
Plaintiff *pro se*

                *s/ Laine C. Barnard*
                Laine C. Barnard