IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DANIEL ALLEN HENECK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 23-3166-JWL |
| | ) |
| **BRETT CORBY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION TO FILE CONVENTIONALLY AND UNDER SEAL EXHIBIT 8 IN THE INVESTIGATIVE REPORT PREPARED PURSUANT TO "MARTINEZ V. AARON"**

Comes now, Laine C. Barnard, Legal Counsel of the Kansas Department of Corrections, and respectfully moves the Court pursuant to Rule 5.4.2 for permission to file certain exhibits under seal to be considered as a part of the *Martinez* Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1. Pursuant to Local Rule 5.4.2 counsel must file a motion for leave to file documents under seal and conventionally in the Electronic Filing System.

2. Counsel seeks to file Exhibit 8 under seal and conventionally.

3. Exhibit 8 is security video of the December 12, 2022 use of force incident. The incident is the subject of potential criminal charges in Butler County, Kansas. Plaintiff will be allowed to view, but not possess the CD containing the video for security reasons.

Pursuant to Rule 5.4.6 Counsel respectfully requests the Court's permission to file Exhibit 8 conventionally and under seal.

Respectfully submitted,

*s/ Laine C. Barnard*
Laine C, Barnard,
KS#19467
Legal Counsel
Kansas Department of
Corrections 714 SW Jackson
St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Email: Laine.Barnard@ks.gov
Attorney for Interested Party

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify I placed a true and correct copy of the foregoing MOTION was placed in inter-facility mail to non-CM/ECF participant:

Daniel A. Heneck, #112732
El Dorado Correctional
Facility El Dorado, KS 67042
Plaintiff *pro se*

    *s/ Laine C. Barnard*
    Laine C. Barnard