IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DANIEL ALLEN HENECK,**

    **Plaintiff,**

    v.                                    **CASE NO. 23-3166-JWL**

**BRETT CORBY, et al.,**

    **Defendants.**

**O R D E R**

Plaintiff, a state prisoner, brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas. On September 29, 2023, the Court entered a Memorandum and Order (Doc. 18) finding that the proper processing of Plaintiff's claims cannot be achieved without additional information from appropriate officials. *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.2d 1106 (10th Cir. 1991). The *Martinez* Report has been filed. (Doc. 20.) This matter is before the Court on motions filed by the Interested Party Kansas Department of Corrections ("KDOC") (Docs. 19, 22, and 23) to file certain exhibits to the *Martinez* Report under seal.

The motions seek to file under seal the Use of Force Report (Exhibit 2 to the *Martinez* Report; Doc. 20-2), Plaintiff's medical records (Exhibit 10 to the Report; Doc. 20-9), the KDOC's Use of Force Policy (Exhibit 11 to the Report; Doc. 20-10), and security video of the use of force incident (Exhibit 8 to the Report). The KDOC also asks for permission to file the security video conventionally, with Plaintiff having the opportunity to view but not possess the video for security reasons, and for an order prohibiting Plaintiff from viewing or possessing the Use of Force Policy.

For good cause show, the KDOC's motions are granted to the extent ordered below.

**IT IS THEREFORE ORDERED BY THE COURT** that the Interested Party's motions (Docs. 19, 22, and 23) to file certain exhibits to the *Martinez* Report under seal are **granted** to the extent that the Use of Force Report (Exhibit 2 to the *Martinez* Report; Doc. 20-2), Plaintiff's medical records (Exhibit 10 to the Report; Doc. 20-9), the KDOC's Use of Force Policy (Exhibit 11 to the Report; Doc. 20-10), and security video of the use of force incident (Exhibit 8 to the Report) shall be filed under seal.

**IT IS FURTHER ORDERED THAT** the security video of the use of force incident (Exhibit 8 to the *Martinez* Report) may be filed conventionally. Plaintiff shall be permitted to view the video but shall not be permitted to retain a copy of the video in his possession.

**IT IS FURTHER ORDERED THAT** Plaintiff shall not be permitted to view or possess the Use of Force Policy (Exhibit 11 to the Report; Doc. 20-10).

**IT IS SO ORDERED.**

**Dated January 5, 2024, in Kansas City, Kansas.**

        **S/ John W. Lungstrum**
        **JOHN W. LUNGSTRUM**
        **UNITED STATES DISTRICT JUDGE**