In The United States District Court For The District of Kansas

| | |
|---|---|
| Daniel A. Heneck<br>Plaintiff,<br>v.<br>Brett Corby et. al.,<br>Defendants. | Case No.<br>23-3166-JWL |

## Cancel Request For Joinder of Claims

Comes now, plaintiff pro se in the above matter and request this court grant this motion due to the following facts, statements and reasons.

Your Honor, I requested a, Joinder of Claims motion, to join this case number, 23-3166-JWL with 2021-CV-000380. I would like to cancel that motion and continue them as two seperate civil cases.

In conclusion, the plaintiff prays this court enter an order on this matter at this time and grant this motion.

Respectfully Submitted,

Daniel Heneck