# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DANIEL ALLEN HENECK,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 23-3166-DDC-BGS |
| **BRETT CORBY,** *et al.*, | ) |
| **Defendants.** | ) |

## WAIVER OF SERVICE OF SUMMONS UNEXECUTED

The defendant listed below is not a current KDOC employee and will not be represented by the Kansas Attorney General ("AG"):

 Brett Corby
Name of party not represented by AG

Name of party not represented by AG

## Concluding Remarks

A sealed Notice of Last Known Address of Former KDOC Employee Defendant is being filed along with this unexecuted waiver.

| | |
|---|---|
| March 8, 2024 | s/Matthew L. Shoger |
| Date | Assistant Attorney General |

1