### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DANIEL ALLEN HENECK,           ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.                                              ) | Case No. 23-cv-3166 |
| ) | |
| BRETT CORBY, et. al.               ) | |
| ) | |
| Defendants.  ) | |
| ) | |

### CLERK'S ORDER FOR ADDITIONAL TIME TO PLEAD

Pursuant to District of Kansas Rule 77.2(a)(2), it is hereby ORDERED that Defendant, Brett Corby be granted an additional period of fourteen (14) days in which to answer or otherwise plead to the Complaint. The original answer date is July 9, 2024, which has not expired; and the new answer date is July 23, 2024.

/s/ Jeffrey S. Hokanson, Deputy Clerk
Clerk of the District Court

Submitted by:

/s/ Donald N. Peterson
Donald Peterson, #13805
GRAYBILL & HAZLEWOOD, LLC
218 N. Mosley
Wichita, KS 67202
Telephone: (316) 266-4058
Facsimile: (316) 462-5566
don@graybillhazlewood.com
***Attorney for Defendant, Brett Corby***

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record. Additionally, the foregoing was placed in the U.S. Mail on July 8, 2024, to:

    Daniel A. Heneck, #112732
    El Dorado Correctional Facility
    El Dorado, KS 67042
    Plaintiff, *Pro Se*

                                         /s/ Donald N. Peterson
                                         Donald Peterson, #13805