# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DANIEL ALLEN HENECK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 23-cv-3166 |
| | ) |
| BRETT CORBY, et. al. | ) |
| | ) |
| Defendants. | ) |

## AMENDED ANSWER OF DEFENDANT BRETT CORBY

Defendant, Brett Corby, by and through his counsel of record Donald N. Peterson, II, of Graybill & Hazlewood, LLC, answer's Plaintiff's Complaint as follows:

1. Any allegation in the Complaint against defendant Corby that is not explicitly admitted by this Answer is hereby denied.

2. In response to section B 1), defendant Corby denies he violated plaintiff's rights. Defendant Corby admits there was a physical interaction between defendant Corby and plaintiff on or about December 12, 2022. That interaction was initiated by plaintiff. Defendant Corby denies plaintiff's allegations that Corby acted with "malicious intent" or used "excessive force." Defendant Corby denies plaintiff's allegation that he was denied "adequate medical attention."

3. In response to section C 1) A (1) and (2), defendant Corby denies plaintiff's allegation that he was subjected to "cruel and unusual punishment" or any violation of his Fourth Amendment or Eighth Amendment rights.

## ADDITIONAL DEFENSES

1. Plaintiff has failed to state a claim for which relief can be granted.

2. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

3. Defendant's actions were licensed, privileged or otherwise legally excused.

4. Plaintiff's claim is barred by the defendant's right of self-defense. Plaintiff rushed defendant. Defendant was required to protect himself. The force defendant used to protect himself was reasonable under the circumstances.

5. Defendant is entitled to qualified or absolute immunity from plaintiff's federal law claims.

6. Defendant is entitled to immunity against plaintiff's state-law claims under K.S.A. 75-6104.

7. Plaintiff has failed to exhaust administrative remedies and plaintiff's claims or a portion of them, and should be dismissed under K.S.A. 75-52,138, K.A.R. 44-15-101 - 106 and/or 42 U.S.C. 1997e(a).

8. The comparative fault or negligence of defendant and others for whom defendants is not responsible bars or reduces plaintiff's recovery.

9. Plaintiff failed to mitigate his damages and/or he caused or contributed to his alleged damages.

10. Applicable statutory caps for personal injury and governmental liability restrict what plaintiff may recover.

WHEREFORE, defendant Brett Corby, individually and in his official capacity, requests the Court enter judgment in his favor, award costs, including attorney fees where appropriate, and enter such other relief as the Court finds appropriate.

### *Demand for Jury Trial*

Defendant Brett Corby hereby demands a jury trial.

### *Designation of Place of Trial*

Defendant Brett Corby hereby designates Wichita, Kansas as their place of trial.

Dated: July 23, 2024

                                        Submitted by:

                                        /s/ Donald N. Peterson
Donald Peterson, #13805
GRAYBILL & HAZLEWOOD, LLC
218 N. Mosley
Wichita, KS 67202
Telephone: (316) 266-4058
Facsimile: (316) 462-5566
don@graybillhazlewood.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record. Additionally, the foregoing was placed in the U.S. Mail on July 23, 2024, to:

Daniel A. Heneck, #112732
El Dorado Correctional Facility
El Dorado, KS 67042
Plaintiff, *Pro Se*

/s/ Donald N. Peterson
Donald N. Peterson