In The United States District Court For The District Of Kansas

Daniel Allen Heneck,
    Plaintiff,

v.

Brett Corby, Corrections Officer,
El Dorado Correctional Facility, et., al.
    Defendants.

Case No. 23-3166-DDC-BGS

## Oppose Response To Answer of Defendant

Comes now, plaintiff pro se in the above matter and request this court grant this motion due to the following facts, statements and reasons.

Your Honor, video survielance shall represent the whole scenario, shall present I never rushed defendant, where his "self-defense" claim does not legally excuse his malicious physical intervention. Video surveilance shall present my violated rights, and his unlicensed and unjust conduct. Also I would request to be present in a jury trial in this matter. Request a jury trial.

(8.3)

In conclusion, the plaintiff prays this court grant this motion and request and enter an order in this matter at this time.

Respectfully Submitted,
Daniel Heneck
Case no. 23-3166-DDC-BGS

(8.4)