In The United States District Court For The District Of Kansas

Daniel Allen Heneck                          Case No
        Plaintiff                            23-CV-3166

    v.

Brett Wayne Corby, et, al.,
        Defendants.

Cerfifiate of Service and Mailing

I certify that on this   day of November, 2024, I sent a true copy of the Response To Submit Confidential Settlement Report.

By: ☑ certified electronic filing through the El Dorado Correctional Facility official staff

addressed to the last known address of the opposing party or their attorney, as follows:

Donald Peterson #13805
Graybill and Hazelwood, LLC
218 N. Mosley
Wichita, Ks. 67202
email: don@graybillhazlewood.com