In The United States District Court In The District Of Kansas

Daniel A. Heneck
  Plaintiff,

v.

Brett W. Corby, et., al.
  Defendants.

Case No:
23-CV-03166-DDC-BGS

Reason For Missing Telephone Conference Hearing Set Scheduled

Comes now, plaintiff pro se in the above matter, and request this court to enter an order in this matter at this time.

Your Honor, I presented offical documentation clearly stating I had an offical conference hearing set on date January, 16TH, 2025 at 2:00 PM with Judge Magistrate Brooks G. Severson, to El Dorado Correction Facility Unit Team, Latisha L. Linson, UTS.
She visually and made a copy with clear knowledge I needed to attend this conference through telephone, but claimed she needed to present this documentation, to some other offical staff member, instead of just allowing me to telephone the hearing conference.
So I missed conference cause without Unit team El Dorado Correctional Facility assistance, I would not be able to, cause I tried on the dayroom phone and wouldn't work. Also exhibit attached is acknowledged attempt with Unit Team signature, Latisha L. Linson, UTS.
In Conclusion, I request this court see my attempt and request the court request and enter an order in this matter at this time.

Respectfully Submitted,
Daniel Heneck