**UNITED STATES MAGISTRATE JUDGE**
UNITED STATES DISTRICT COURT
403 U.S. COURTHOUSE
401 NORTH MARKET
WICHITA, KANSAS 67202-2000

OFFICIAL BUSINESS

WICHITA KS 670

30 OCT 2025AM 3 L

quadient

FIRST-CLASS MAIL
IMI
**$000.74**
10/28/2025 ZIP 67202
043M31223332

US POSTAGE

23-CV-3166
de 70

**FILED**
U.S. District Court
District of Kansas

NOV 24 2025

Clerk, U.S. District Court
By  Deputy Clerk

Daniel Allen Heneck
7126 SW Woodcroft Way
Topeka, KS 66619

NIXIE    641   FE 1      0011/20/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 67202208999    *1160-07836-30-21