IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DANIEL ALLEN HENECK, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 23-3166-DDC-BGS |
| BRETT CORBY, | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Daniel Heneck hereby dismisses this action with prejudice pursuant to this Stipulation of Dismissal with Prejudice for his claims against Defendant Brett Corby. Plaintiff stipulates that this action is dismissed with prejudice as to all claims, causes or action, pursuant to a settlement agreement entered into with Brett Corby.

Respectfully submitted this 15th day of December, 2025.

Respectfully submitted,

s/ Daniel A. Heneck
Daniel A. Heneck
2318 Hawthorne Drive
Lawrence, Kansas 66044
chisneezy@gmail.com
*Pro se Plaintiff*

s/ Jennifer M. Hill
Jennifer M. Hill, #21213
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
T: (316) 263-5851
F: (316) 263-4677
E: jhill@mcdonaldtinker.com
*Attorneys for Defendant Corby*